IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:15-MJ-1088

FILED
SEP 15 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | (UNDER SEAL) |
| DAVON KELLEY BENNETT ) | |
| ) | |

Upon motion of the United States, for good cause shown and for the reasons stated in the motion, it is hereby ORDERED that the Complaint and Affidavit in Support of the Warrant for Arrest in the above-referenced matter, the Motion to Seal, and this Order be sealed by the Clerk except that copies of same may be provided to the United States Attorney's Office, to the investigative agent executing the affidavit and complaint, and, after an arrest is made pursuant to this complaint, to the United States Probation Office, Defendant, and Defense Counsel.

This 15th day of September, 2015.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE